UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE J. CUNNINGHAM
Petitioner,

       Versus

UNITED STATES, et al.
Respondent.

Case No. 05-1200(PLF)

## NOTICE OF APPEAL

Now comes Petitioner Eugene J. Cunningham, pro se, respectfully gives notice of his claim of appeal to the Court of Appeals for the D.C. Circuit, from the judgment entered in the above - captioned case. Judgment was enter on July 19, 2005.

Respectfully Submitted,

*Eugene J. Cunningham*