UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


EUGENE J. CUNNINGHAM                  :
Petitioner,                          :
                                     :    Case No. 05-1200(PLF)
          Versus                     :
                                     :
UNITED STATES, et al.,               :

---

MOTION FOR LEAVE TO PROCEED IN FORMAL PROPERIS  AND FOR THE

ASSIGNMENT OF COUNSEL.


Comes now Petitioner Eugene J. Cunningham, moves this honorable Court pursuant to title **28 U.S.C. section 1915(d),** respectfully request leave to file an appeal in the above caption case 05-1200(PLF) in formal pauperis without being required to prepay cost and fees or being to give security therefore. (See attach financial statement).


Petitioner further respectfully moves this honorable Court pursuant to **Title 18 U.S.C. section 3006(a)** for the assignment of counsel to assist petitioner in litigation of the above-styled complicated cause of action as petitioner is indigent, without funds or property and not a member of the bar.


**Hereto Petitioner Affidavit**
**In Support is Attached**

Respectfully Submitted,

*Eugene J. Cunningham*

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMAL PAUPERIS AND FOR THE ASSIGNMENT OF COUNSEL.

Comes now Petitioner **Eugene J. Cunningham**, in the above-styled-matter, and in support of the attached motion, depose and say:

1.  I am appellant in the above-captioned cause of action;

2.  I believe I am entitled to address and relief sought in said cause of action;

3.  I am an indigent, **de jure de facto,** and unable to pay the cost and fees of prosecuting said cause of action;

4.  I am unable to give security for same;

5.  I am unable to retain counsel on my own choosing to assist with litigation of this cause of action;

6.  That said cause of action is being filed in good faith, and in the interest of securing substantial justice.

I understand that a false statement in this affidavit will subject me to penalties for perjury.

_____

Petitioner/Appellant

Subscribed and sworn to before me this 13 day of Dec ., 2005.

FCC Coleman, Florida Sumter County

Subscribed and sworn before me this 13 day of Dec , 20 05

Case Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC§4004.)

## UNITED STATES DISTRICT COURT

_for the_ DISTRICT OF _Columbia_

ELIGENE J. CUNNINGHAM

Plaintiff,

v.

UNITED STATES

Case No: 05-1200(PLF)

Defendant.

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I; ELIGENE J. CUNNINGHAM , declare that I am the (check the appropriate box)

petitioner/plaintiff/movant      other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under the 28 U.S.C § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petion/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you presently incarcerated? (Yes)　　No　　(If "No" go to Part 2)

   If "Yes" state the place of your incarceration USP Coleman

   Are you employed at the institution? YES Do you receive any payment from the institution? YES

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you presently employed? (Yes)　　No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ONCE A MONTH $194.00 OR less PAY PERIOD MONTHLY

   b. If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer.

3. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession or other form of self-employment　　Yes　　(No)

b. Rent payments, interest or dividends          Yes          (No)

c. Pensions, annuities or life insurance payments          Yes          (No)

d. Disability or workers compensation payments          Yes          (No)

e. Gifts or inheritances          Yes          (No)

f. Any other sources          Yes          (No)

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.


4. Do you have any cash, or checking or savings accounts?          Yes          (No)

   If "Yes" state the total amount _____ *N/A* _____

5. Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?          Yes          (No)

   If "Yes" describe the property and state its value.

   *N/A*

6. List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support. *DAUGHTERS- LYZANDRA KORNEGAY, NATsha KORNEGAY*


I declare under penalty of perjury that the foregoing is true and correct.

                                        *Eugene A. Cunningham*
_____          _____
       DATE                           SIGNATURE OF APPLICANT

### CERTIFICATE
(Incarcerated applicants only—To be completed by the institution of incarceration)

I CERTIFY that the applicant named herein has the sum of $ *121.38* on account to his/her credit at (name of institution) *U.S.P.-1, Coleman*. I further certify that the applicant has the following securities to his/her credit: *None known*
_____ . I further certify that during the past six months the applicant's average balance was $ *64.43* .


*12.13 05*                          *[signature]*
_____          _____
      DATE                        SIGNATURE OF AUTHORIZED OFFICER

**FCC Coleman, Florida Sumter County**

Subscribed and sworn before me this
*13* day of *Dec* , 20 *05*
*[signature]*                    2
Case Manager

Authorized by the Act of July 7, 1955, as
amended, to administer oaths (18 USC§4004).



## Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 02433135 | Current Institution: | Coleman FCC |
| Inmate Name: | CUNNINGHAM EUGENE | Housing Unit: | E/F |
| Report Date: | 12/13/2005 | Living Quarters: | E01-123L |
| Report Time: | 10:44:04 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

Administrative Hold Indicator: No
No Power of Attorney: No
Never Waive NSF Fee: No
Max Allowed Deduction %: 100
PIN: 1456
FRP Participation Status: No Obligation
Arrived From:
Transferred To:
Account Creation Date: 5/20/2002
Local Account Activation Date: 7/1/1991

Sort Codes:
Last Account Update: 12/10/2005 2:08:47 AM
Account Status: Active
ITS Balance: $1.69

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

Account Balance: $121.38
Pre-Release Balance: $0.00
Debt Encumbrance: $0.00
SPO Encumbrance: $0.00
Other Encumbrances: $0.00
Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $121.38
National 6 Months Deposits: $1,151.04
National 6 Months Withdrawals: $1,246.64
National 6 Months Avg Daily Balance: $64.43
Local Max. Balance - Prev. 30 Days: $195.33
Average Balance - Prev. 30 Days: $31.88

# Commissary History

### Purchases

Validation Period Purchases:  $0.00
YTD Purchases:  $376.75
Last Sales Date:  12/8/2005 6:10:48 PM

### SPO Information

SPO's this Month:  0
SPO $ this Quarter:  $0.00

### Spending Limit Info

Spending Limit Override:  No
Weekly Revalidation:  No
Spending Limit:  $340.00
Expended Spending Limit:  $0.00
Remaining Spending Limit:  $340.00

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:  $0.00
Restricted Expended Amount:  $0.00
Restricted Remaining Spending Limit:  $0.00
Restriction Start Date:  N/A
Restriction End Date:  N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

### Comments: