UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE J. CUNNINGHAM
Petitioner,                          :
                                     :
                                     :   Case No. 05-1200(PLF)
          Versus                     :
                                     :
UNITED STATES, et al.,               :

MOTION FOR LEAVE TO PROCEED IN FORMAL PROPERIS  AND FOR THE

ASSIGNMENT OF COUNSEL.

Comes now Petitioner Eugene J. Cunningham, moves this honorable Court pursuant to title **28 U.S.C. section 1915(d)**, respectfully request leave to file an appeal in the above caption case 05-1200(PLF) in formal pauperis without being required to prepay cost and fees or being to give security therefore. (See attach financial statement).

Petitioner further respectfully moves this honorable Court pursuant to **Title 18 U.S.C. section 3006(a)** for the assignment of counsel to assist petitioner in litigation of the above-styled complicated cause of action as petitioner is indigent, without funds or property and not a member of the bar.

Hereto Petitioner Affidavit
In Support is Attached

Respectfully Submitted,

*Eugene J. Cunningham*

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMAL

## PAUPERIS AND FOR THE ASSIGNMENT OF COUNSEL.


**Comes** now Petitioner **Eugene J. Cunningham**, in the above-styled-matter, and in support of the attached motion, depose and say:

1.   I am appellant in the above-captioned cause of action;

2.   I believe I am entitled to address and relief sought in said cause of action;

3.   I am an indigent, **de jure de facto,** and unable to pay the cost and fees of prosecuting said cause of action;

4.   I am unable to give security for same;

5.   I am unable to retain counsel on my own choosing to assist with litigation of this cause of action;

6.   That said cause of action is being filed in good faith, and in the interest of securing substantial justice.

I understand that a false statement in this affidavit will subject me to penalties for perjury.


_____

Petitioner/Appellant


Subscribed and sworn to before me this _12_ day of _Dec_ ,

2005.

FCC Coleman, Florida  Sumter County

Subscribed and sworn before me this
_12_ day of _Dec_ , 20 _05_

Case Manager

Authorized by the Act of July 7, 1955, as
amended, to administer oaths (18 USC§4004.)

## UNITED STATES DISTRICT COURT
_for the_    DISTRICT OF _Columbia_

ELIGENE J. CUNNINGHAM

      Plaintiff,

v.

_United States_

      Defendant.    /

Case No: _05-1200(PLF)_

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I; _EUGENE J. CUNNINGHAM_ , declare that I am the (check the appropriate box)

    petitioner/plaintiff/movant            other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under the 28 U.S.C § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petion/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1.  Are you presently incarcerated?    (Yes)      No     (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _USP COLEMAN_

    Are you employed at the institution? _YES_ Do you receive any payment from the institution? _YES_

Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you presently employed?    (Yes)      No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _ONCE A MONTH $194.00 OR less PAY PERIOD MONTHLY_

    b.  If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer.

3.  In the past 12 months have you received any money from any of the following sources?

    a.  Business, profession or other form of self-employment      Yes     (No)

b. Rent payments, interest or dividends       Yes    (No)

c. Pensions, annuities or life insurance payments       Yes    (No)

d. Disability or workers compensation payments       Yes    (No)

e. Gifts or inheritances       Yes    (No)

f. Any other sources       Yes    (No)

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash, or checking or savings accounts?    Yes    (No)

If "Yes" state the total amount _____ *N/A* _____

5. Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?       Yes    (No)

If "Yes" describe the property and state its value. _____ *N/A* _____

6. List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support. *DAUGHTERS- LYZANDRA KORNEGAY, NAtsha KORNEGAY*

I declare under penalty of perjury that the foregoing is true and correct.

_____      *Eugene A. Cunningham*
DATE            SIGNATURE OF APPLICANT

### CERTIFICATE

(Incarcerated applicants only—To be completed by the institution of incarceration)

I CERTIFY that the applicant named herein has the sum of $ *121.38* on account to his/her credit at (name of institution) *U.S.P-1, Coleman* . I further certify that the applicant has the following securities to his/her credit: *None known*

_____ . I further certify that during the past six months the applicant's average balance was $ *64.43* .

*12.13.05*
DATE           SIGNATURE OF AUTHORIZED OFFICER

**FCC Coleman, Florida  Sumter County**

Subscribed and sworn before me this
_____ day of *Dec* , 20 *05*
_____    2
Case Manager

Authorized by the Act of July 7, 1955, as
amended, to administer oaths (18 USC§4004).



## Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 02433135 | **Current Institution:** | Coleman FCC |
| **Inmate Name:** | CUNNINGHAM, EUGENE | **Housing Unit:** | E/F |
| **Report Date:** | 12/13/2005 | **Living Quarters:** | E01-123L |
| **Report Time:** | 10:44:04 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1456 |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/20/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/10/2005 2:08:47 AM |
| Account Status: | Active |
| ITS Balance: | $1.69 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $121.38 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $121.38 |
| National 6 Months Deposits: | $1,151.04 |
| National 6 Months Withdrawals: | $1,246.64 |
| National 6 Months Avg Daily Balance: | $64.43 |
| Local Max. Balance - Prev. 30 Days: | $195.33 |
| Average Balance - Prev. 30 Days: | $31.88 |

## Commissary History

### Purchases

Validation Period Purchases:  $0.00
YTD Purchases:  $376.75
Last Sales Date:  12/8/2005 6:10:48 PM

### SPO Information

SPO's this Month:  0
SPO $ this Quarter:  $0.00

### Spending Limit Info

Spending Limit Override:  No
Weekly Revalidation:  No
Spending Limit:  $340.00
Expended Spending Limit:  $0.00
Remaining Spending Limit:  $340.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:  $0.00
Restricted Expended Amount:  $0.00
Restricted Remaining Spending Limit:  $0.00
Restriction Start Date:  N/A
Restriction End Date:  N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

## Comments

### Comments: