UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE J. CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1200 (PLF) |
| UNITED STATES, et al. | ) |
| Defendant. | ) |

ORDER

This case is before the Court on plaintiff's motion to proceed on appeal *in forma pauperis* on appeal and for the assignment of counsel. Plaintiff filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, which the Court denied on July 19, 2005. The plaintiff subsequently filed a notice of appeal on December 19, 2005.

Mr. Cunningham has submitted with his motion to proceed on appeal *in forma pauperis* a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of the notice of appeal, obtained from the appropriate official of the prison at which he is confined, as required by the *in forma pauperis* statute. See 28 U.S.C. § 1915(a)(2). That statement shows that the plaintiff has $121.38 in his account. Therefore, the Court will grant plaintiff's motion with respect to this request.

The plaintiff has also requested that the Court assign him counsel pursuant to 18 U.S.C. § 3006(A). The statute to which the plaintiff cites deals only with the assignment of counsel to defendants in criminal cases. It does not apply to him as a plaintiff petitioning for a

writ of habeas corpus, a civil matter. Furthermore, the Court's authority to appoint counsel in civil matters is limited to those matters heard before this Court. <u>See</u> Local Civil Rule 83.11. The Court has no authority to appoint Mr. Cunningham an attorney in a matter now on appeal before the Court of Appeals. Therefore, the Court must deny the plaintiff's request that the Court appoint him an attorney for purposes of appeal. He may renew his request in the Court of Appeals.

Accordingly, it is hereby

ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* [5] is GRANTED; and it is

FURTHER ORDERED that plaintiff's motion for the assignment of counsel [6] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 3, 2006