UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE J. CUNNINGHAM,<br><br>    Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)   Civil Action No. 05-1200 (PLF)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the order of the court of appeals directing this Court to determine whether a certificate of appealability is warranted in this case, it is hereby

ORDERED that a certificate of appealability should issue in this case; and it is

FURTHER ORDERED that the Clerk of the Court shall transmit a copy of this order to the court of appeals.

SO ORDERED.

                                                                               _____/s/_____
                                                                              PAUL L. FRIEDMAN
                                                                              United States District Judge

DATE: February 17, 2006