UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EUGENE J. CUNNINGHAM, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-1200 (PLF) |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

ORDER

Petitioner filed a request for a Writ of Habeas Corpus on June 16, 2005. The Court denied that request in a Memorandum Opinion and Order on July 19, 2005. Thereafter, petitioner filed a supplemental memorandum on October 3, 2005. The Court sent petitioner a letter, enclosing the July 19, 2005 Memorandum Opinion and Order, and informing him that the matter was closed. On November 7, 2005, petitioner sent the Court a Motion for Reconsideration, stating in part that he was not aware of the July 19, 2005 decision in his case until he received the Court's letter and requesting that the Court reconsider that decision.

On December 19, 2005, petitioner filed a notice of appeal as to the July 19, 2005 decision. On the same day, he also filed a motion for leave to appeal in forma pauperis and a motion to appoint counsel. The Court granted his motion for leave to file in forma pauperis, but denied his motion to appoint counsel for the purposes of appeal, as being outside the authority of this Court to appoint counsel in a matter now on appeal before the Court of Appeals. Subsequent to filing his notice of appeal, the petitioner on January 26, 2006, sent the Court a "Supplemental Motion" in support of his motion for reconsideration. On February 1, 2006, the United States Court of Appeals for the D.C. Circuit ordered petitioner's appeal held in abeyance pending an order of this Court determining whether a certificate of

2

appealability is warranted in this matter.

Petitioner's appeal of the Court's July 19, 2005 decision deprived this Court of jurisdiction over his pending motion for reconsideration. At this time, the court of appeals has jurisdiction and is awaiting this Court's decision regarding the issue of a certificate of appealability. Even were this Court not deprived of jurisdiction by petitioner's appeal, in reviewing both his motion for reconsideration and his supplement to that motion, this Court finds no new arguments or information that would persuade it to reconsider its previous ruling. Accordingly, it is hereby

ORDERED that defendant's motion for reconsideration is DENIED as moot.

SO ORDERED.

                                                ____/s/_____
                                                PAUL L. FRIEDMAN
                                                United States District Judge

DATE: February 17, 2006