UNITED STATES DISTRICT COURT
for the   DISTRICT OF   Columbia

EUGENE J. CUNNINGHAM
               PETITIONER,
v.
                                                    Case No: 1:05-CV-01200
UNITED STATES
               RESPONDENT,                          CASE NO. _____

_____/

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, __Eugene J. Cunningham, pro se__, declare that I am the (check the appropriate box)

✓ petitioner/plaintiff/movant                    ☐ other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under the 28 U.S.C § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you presently incarcerated?   (Yes)    No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __U.S.P Coleman, Florida__

    Are you employed at the institution? ✓   Do you receive any payment from the institution? ✓

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you presently employed?   (Yes)    No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

       $120.00 monthly

    b. If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer.

       N/A

3. In the past 12 months have you received any money from any of the following sources?

    a. Business, profession or other form of self-employment   Yes   (No)

    b. Rent payments, interest or dividends      Yes    (No)

    c. Pensions, annuities or life insurance payments      Yes    (No)

    d. Disability or workers compensation payments      Yes    (No)

    e. Gifts or inheritances      Yes    (No)

    f. Any other sources      Yes    (No)

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. **N/A**

4. Do you have any cash, or checking or savings accounts?    Yes    (No)

    If "Yes" state the total amount    **N/A**

5. Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?    Yes    (No)

    If "Yes" describe the property and state its value.

---

6. List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the foregoing is true and correct.

**5/30/07**
DATE

*Eugene N. Cunningham*
SIGNATURE OF APPLICANT

**CERTIFICATE**
(Incarcerated applicants only—To be completed by the institution of incarceration)

I CERTIFY that the applicant named herein has the sum of $ **0.73** on account to his/her credit at (name of institution) **FCC - Coleman /USP-1**. I further certify that the applicant has the following securities to his/her credit: **N/A**
_____. I further certify that during the past six months the applicant's average balance was $ **37.60 Average Daily Balance**

**06/03/07**
DATE

SIGNATURE OF AUTHORIZED OFFICER

FCC Coleman, Florida Sumter County
Subscribed and sworn before me this
**03** day of **June**, 20 **07**

Case Manager
Authorized by the Act of July 7, 1955,
as amended, to administered oaths (18USC 4004)

2

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 02433135 | **Current Institution:** | Coleman FCC |
| **Inmate Name:** | CUNNINGHAM, EUGENE | **Housing Unit:** | COP-E-A |
| **Report Date:** | 05/29/2007 | **Living Quarters:** | E01-108U |
| **Report Time:** | 3:36:30 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1456 |
| PAC #: | 558717007 |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/20/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 5/25/2007 11:15:58 AM |
| Account Status: | Active |
| Phone Balance: | $8.10 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.73 |
| Pre-Release Balance: | $0.00 |

|  |  |
|---:|:---|
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.73 |
| National 6 Months Deposits: | $1,120.11 |
| National 6 Months Withdrawals: | $1,119.65 |
| National 6 Months Avg Daily Balance: | $37.80 |
| Local Max. Balance – Prev. 30 Days: | $121.28 |
| Average Balance – Prev. 30 Days: | $28.10 |

## Commissary History

**Purchases**

|  |  |
|---:|:---|
| Validation Period Purchases: | $12.30 |
| YTD Purchases: | $1,110.05 |
| Last Sales Date: | 5/21/2007 6:46:33 PM |

**SPO Information**

|  |  |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

|  |  |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $12.30 |

Remaining Spending Limit: $277.70

## Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
| --- | --- | --- | --- | --- | --- |

## Comments

**Comments:**