

EXHIBIT (C)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 2, 2007

Mr. Eugene J. Cunningham
Prisoner ID # 02433-135
F.C.C.
P.O. Box 1033
Coleman, FL  33521-1033

    Re:  Eugene Jerome Cunningham
         v. United States
         No. 06-9795

Dear Mr. Cunningham:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing motion is being mailed to the listed parties below by way of the United States Postal Service on this _____ date of _____, in the year of 2007.

Office of the Clerk of the Court

United States District Court

for the District of Columbia

United States Courthouse

333 Constitutional Ave.N.W.

Washington, D.C. 20001

United States District Attorney Office

United States District Court

for the District of Columbia

333 Constitutional Ave.N.W.

Washington, D.C. 20001

FCC Coleman, Florida Sumter County
Subscribed and sworn before me this
29 day of May, 2007
_____
Case Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC§4004.)

Subscribed and sworn to this day 5/29/ 2007

RESPECTFULLY SUBMITTED

Eugene P. Cunningham